**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.   19-cr-177-WJM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.   YUN ZHONG LI,**

    **Defendant.**

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about January 31, 2019, in the State and District of Colorado, the defendant, YUN ZHONG LI, did knowingly and intentionally manufacture and possess with intent to distribute 100 and more marijuana plants, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

### COUNT TWO

On or about January 31, 2019, in the State and District of Colorado, the defendant, YUN ZHONG LI, did unlawfully and knowingly use and maintain a place located at 11402 Chambers Drive, Commerce City, Colorado, for the purpose of manufacturing and distributing marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

## **NOTICE OF FORFEITURE**

Upon conviction of the foregoing offenses, violations of Title 21, United States Code, Sections 841(a)(1) and 856(a)(1) above, the defendant, YUN ZHONG LI, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred or sold to or deposited with a third person;
- C. has been placed beyond the jurisdiction of this Court;
- D. has been substantially diminished in value; or
- E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

RESPECTFULLY SUBMITTED,

JASON R. DUNN
United States Attorney


By:   s/Barbara S. Skalla
Barbara S. Skalla
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: Barbara.Skalla@usdoj.gov
Attorney for Government